# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Meara, John Corbett | 2. Court or Organization<br><br>Eastern District of MI | 3. Date of Report<br><br>05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Sr. Status U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
200 E. Liberty Street
Ann Arbor, MI 48104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | U.S. District Court, Eastern District of Michigan, Historical Society |
| 2. | Director | Michigan Opera Theatre |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HILLSDALE COUNTY NATIONAL BANK COMMON STOCK | A | Dividend | K | T | | | | | |
| 2. CHASE DEBIT ACCOUNT (CASH) | A | Interest | L | T | | | | | |
| 3. CHASE SAVINGS ACCOUNT | A | Interest | K | T | | | | | |
| 4. SCHWAB SAVINGS ACCOUNT (CASH) | A | Interest | L | T | | | | | |
| 5. ALTRIA GROUP INC (X) | C | Dividend | P1 | T | | | | | |
| 6. AMER EXPRESS COMPANY COM | A | Dividend | L | T | | | | | |
| 7. AMERIPRISE FINL INC | A | Dividend | L | T | | | | | |
| 8. BRISTOL MYERS SQUIBB CO COM | B | Dividend | M | T | | | | | |
| 9. COLUMBIA INTERNAT'L VALUE Z | A | Dividend | K | T | Buy | 12/12/12 | K | | Non-Private |
| 10. CRM SMALL CAP VALUE FUND: CRISX | A | Dividend | K | T | | | | | |
| 11. GENERAL DYNAMICS COPR | A | Dividend | J | T | | | | | |
| 12. JP MORGAN HIGH YIELD FD: OHYFX | A | Dividend | L | T | | | | | |
| 13. KRAFT FOODS INC VA CLA | A | Dividend | K | T | | | | | |
| 14. MEAD JOHNSON | A | Dividend | K | T | | | | | |
| 15. MFS INTERNAT'L INC | E | Dividend | L | T | Buy | 12/12/12 | L | | Non-Private |
| 16. MONDELEZ INTERNAT'L INC | E | Dividend | L | T | Buy | 12/12/12 | L | | Non-Private |
| 17. PHILIP MORRIS | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PLANO TEX | A | Dividend | O | T | | | | | |
| 19. PROCTOR GAMBLE COM | B | Dividend | K | T | | | | | |
| 20. T.ROWE PRICE MID-CAP GWTH | B | Dividend | L | T | Buy | 12/12/12 | L | | Non-Private |
| 21. TARGET CORP | A | Dividend | J | T | | | | | |
| 22. TEMPLETON GLOBAL BOND | B | Dividend | M | T | | | | | |
| 23. 3M COMPANY | A | Dividend | K | T | | | | | |
| 24. UNION PACIFIC CORP COM | A | Dividend | J | T | | | | | |
| 25. UNITED HEALTH GROUP INC. (United Healthcare Group) | A | Dividend | J | T | | | | | |
| 26. VANGUARD INTER TERM TAX | B | Dividend | O | T | | | | | |
| 27. WELLPOINT INC. | A | Dividend | K | T | | | | | |
| 28. WELLS FARGO & CO. NEW DEL | D | Dividend | M | T | | | | | |
| 29. ZIMMER HOLDINGS INC. COM | A | Dividend | K | T | | | | | |
| 30. AMERICAN FUND | A | Dividend | L | T | | | | | |
| 31. HARBOR INTER | A | Dividend | L | T | | | | | |
| 32. JP MORGAN INTERM TAX FREE | A | Dividend | L | T | | | | | |
| 33. OMAHA NEB | A | Dividend | | | Sold | 11/22/12 | L | A | Non-Private |
| 34. OREGON ST | A | Dividend | | | Sold | 11/22/12 | K | A | Non-Private |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SAN ANTONIO TEX ELE | A | Interest | | | Sold | 11/22/12 | K | A | Non-Private |
| 36. SHELBY CNTY TENN | A | Interest | | | Sold | 11/22/12 | K | A | Non-Private |
| 37. SPDR GOLD SHARES | A | Interest | K | T | | | | | |
| 38. T ROWE PRICE | A | Dividend | K | T | | | | | |
| 39. THORNBURG INTL VALUE RD | A | Dividend | | | Sold | 11/22/12 | K | A | Non-Private |
| 40. WESTCHESTER CNTY | A | Dividend | | | Sold | 11/22/12 | K | A | Non-Private |
| 41. BLACKROCK GLOBAL | A | Dividend | | | Sold | 11/22/12 | K | A | Non-Private |
| 42. JP MORGAN STRATEGIC INCM | A | Dividend | M | T | | | | | |
| 43. PIMCO TOTAL RETURN FUND | A | Dividend | M | T | | | | | |
| 44. PIMCO UNCONSTRAINED | A | Dividend | M | T | | | | | |
| 45. WASATCH 1ST SOURCE LONG | A | Dividend | K | T | | | | | |
| 46. JP MORGAN STRATEGIC INCM | A | Dividend | M | T | | | | | |
| 47. SCHWAB US TREAS MONEY FD: SWUXX | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Meara, John Corbett | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John Corbett O'Meara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544